

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-22-00279-CV

**IN THE INTEREST OF M.A.B AND B.A.C.**, Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00574
Honorable Raul Perales, Judge Presiding

# O R D E R

This is an accelerated appeal from a final order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. The appellant's brief was due on July 5, 2022. However, the appellant has filed a motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **July 25, 2022**.

**Given the time constraints governing the disposition of this appeal, no further requests for extensions of time will be granted absent extenuating circumstances.**

It is so **ORDERED** on this 8th day of July, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court